UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

David Orsburne,

Plaintiff,

vs.

Metropolitan Gravel Company, Inc.,

Defendant.

**COURT FILE: 01-CV-114 JRT/RLE**

**STIPULATION FOR ORDER TO ENLARGE TIME TO ANSWER PURSUANT TO RULE 6(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE** and ORDER

The parties hereto by and through their undersigned attorneys, hereby agree to resolve the matter, scheduled to be heard by the Court on the Motion set for March 29, 2001 at 1:30 p.m. before Magistrate Judge Raymond L. Erickson. The parties make the following agreement:

1. The Answer to the Complaint served and filed by Metropolitan Gravel Company, Inc., on or about March 2, 2001 shall be accepted as the Answer of the Defendant.

2. Any claims by the Plaintiff that the Answer be stricken or that default judgment be entered for failure to answer the Complaint are withdrawn.

3. The parties stipulate and agree that the Court may issue an Order enlarging the time to answer the Complaint to March 2, 2001 and that the Answer served and filed by Defendant Metropolitan Gravel Company, Inc., shall be filed as the Answer of the Defendant. Metropolitan Gravel Company, Inc. is not in default herein, and no default judgment shall be entered against Metropolitan Gravel Company, Inc.

MAR 28 2001
...AL CLERK

Dated: March 26, 2001

HEDIN & GOLDBERG. P.A.

Douglas A. Hedin
Daniel S. Goldberg
Attorneys for Plaintiff
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500

Dated: March 23/2001

ERSTAD & RIEMER, P.A.

Leon R. Erstad, #27534
Attorneys for Defendant
1000 Northland Plaza
3800 West 80th Street
Minneapolis, Minnesota 55431
(952) 896-3700

**ORDER**

Pursuant to the Stipulation of the parties herein, it is ordered the time to answer the Complaint shall be enlarged to March 2, 2001. The Answer served and filed by Defendant Metropolitan Gravel Company, Inc., on the date thereof shall be accepted as the Answer of the Defendant. Metropolitan Gravel Company, Inc. is not in default herein, and no default judgment shall be entered against Metropolitan Gravel Company, Inc.

Dated: 3/28/01

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson