UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

David Orsburne,

Plaintiff,

vs. ORDER

Metropolitan Gravel Company, Inc.,

Defendant. Civ. No. 01-114 (JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of December, 2001.

* * *

On December 13, 2001, the Court heard argument on the parties' Joint Motion to Amend the Scheduling Order.[1] At the time of the Hearing, the Plaintiff David Orsburne appeared by Douglas A. Hedin, Esq., and the Defendant Metropolitan Gravel Company, Inc., appeared by Nicole B. Surges, Esq. We grant the parties' Motion.

In accordance with our Pretrial Scheduling Order of June 1, 2001, discovery in this case concluded on November 30, 2001. The parties request a extension of that deadline to January 18, 2002,

---

[1]The parties also requested an early Settlement Conference before this Court. The request was granted and, by separate Order, the Settlement Conference has been scheduled for Friday, January 4, 2002, at 11:00 o'clock a.m.

13 14

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

as they still have certain depositions to complete, but would like to conduct an early Settlement Conference before the taking of those depositions. Additionally, the Plaintiff's attorney admits that he has not been as diligent as he should have been in moving this case along.

At the time of the Hearing, we concluded that there is good cause for a modest extension of the Pretrial Deadlines. Therefore, we modify the Pretrial Scheduling Order as follows: discovery will close on **January 18, 2002**; all nondispositive Motions shall be filed, and the Hearing thereon completed, by **January 31, 2002**; all dispositive Motions shall be filed, and a Hearing thereon completed, by **March 1, 2002**; and the case shall be "Ready for Trial" on **April 1, 2002**.

NOW, THEREFORE, It is --

ORDERED:

1. That the parties' Joint Motion to Amend the Pretrial Scheduling Order [Docket No. 10] is GRANTED.

2. That the Pretrial deadlines are modified as follows: discovery will conclude on **January 18, 2002**; all nondispositive Motions shall be filed, and the Hearing thereon completed, by **January 31, 2002**; all dispositive Motions shall be filed, and the Hear-

ing thereon completed, by **March 1, 2002;** and the case shall be "Ready for Trial" on **April 1, 2002.**

BT THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE