**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No.: 01-CV-114 JRT/RLE

David Orsburne,

Plaintiff,

v.

Metropolitan Gravel Company, Inc.,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and between all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs, disbursements or attorneys' fees to any of the parties.

**IT IS FURTHER STIPULATED**, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs, disbursements or attorneys' fees to any of the parties, may be entered herein.

**HEDIN & GOLDBERG, P.A.**

Dated: January 11, 2002

By: ____________________
Douglas A. Hedin (#43205)
Attorneys for David Orsburne
2100 Stevens Avenue South
Minneapolis, MN 55404-2533
612-871-5500

FEB 1 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/11/02

ERSTAD & RIEMER, P.A.

By: [signature]
James R. Andreen (#174373)
Attorneys for Defendant
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(952) 896-3700

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

2/13/02

[signature]
Judge of U.S. District Court